1228363-A
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/19/2015 5:05:24 PM
Accepted 2/20/2015 10:10:37 AM
ABEL ACOSTA
CLERK

Cause No.1228363-A

| | | |
|---|---|---|
| Chan Wing Lau | § | RECEIVED<br>COURT OF CRIMINAL APPEALS<br>2/20/2015<br>ABEL ACOSTA, CLERK |
|     Applicant | | |
| vs. | § | In the Court of Criminal Appeals |
| | | of the State of Texas |
| The State of Texas | § | |
|     State | | |
| | § | |

## MOTION FOR RECONSIDERATION SUA SPONTE

To the Honorable Court of Criminal Appeals:

Now comes the Applicant, Chan Lau, and moves the court to set aside the judgment of the Court denying Applicant's post-conviction Writ of Habeas Corpus rendered and entered herein on or about the 26th day of November, 2014, and give reconsideration to this cause, for the following reasons, to wit:  In violation of Article 11.07 (3)(c) of the Texas Code of Criminal Procedure, the 351st Judicial District Court failed to transmit all of the existing record in this Cause to the Court of Criminal Appeals. The omission included evidence supporting Applicant's claims. Attorney for Applicant verified with the Court of Criminal Appeals on December 19, 2014, that this portion of the record was absent from those records transmitted to this Court by the 351st Judicial District Court. Applicant states that the name of the opposing counsel in this cause is Andrew J. Smith, and he resides in, Harris County, Texas.

Subsequently, counsel for Chan Lau, Ashley Burleson, drafted a Motion for Rehearing, filed it with the Texas Criminal Court of Appeals on January 2, 2015, and raised this issue. However, counsel later discovered that the omitted evidence discussed above was inadvertently left out of his Motion for Rehearing.

**WHEREFORE,** premises considered, Applicant prays that this Court withdraw its mandate, allow Applicant to supplement the record with (EXHBIT A ORIGINAL MONEY ORDER), grant this Motion for Reconsideration Sua Sponte, and in the interest of justice, grant the Application for Writ of Habeas Corpus (No. 1228363-A), reverse the conviction in Cause No. 1228363, and order Applicant's immediate release from Respondent's custody.

Respectfully Submitted,

**MR. ASHLEY BURLESON, ATTORNEY AT LAW**

By: _Ashley Burleson_

Ashley B. Burleson
Texas State Bar No. 24058633
1001 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 201-7399
Facsimile: (888) 260-5496
Email: ashleycando@gmail.com